| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court  for the:

__Northern__          District of __Texas__
                                      (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

## Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   The Spud Company, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   The Spud Company WI, LLC
   High Plains Ag, LLC
   Brandon Rattray

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   8  4 – 3  3  5  8  5  4  3
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 310 Rock Island Ave, Suite A | 223370 Midpoint Rd. |
   | Number  Street | Number  Street |
   | | |
   | | P.O. Box |
   | Dalhart    TX    79022 | Marathon    WI    54448 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Dallam | 310 Rock Island Ave., Suite A |
   | County | Number  Street |
   | | |
   | | Dalhart    TX    79022 |
   | | City    State    ZIP Code |

Debtor __The Spud Company  LLC_____  Case number *(if known)*_____
           Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | https://www.facebook.com/profile.php?id=61561862534317&sk=about<br>https://www.highplainsagllc.com/<br>https://www.facebook.com/brandon.rattray.1/about_life_events |
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |
| 8. | **Type of debtor's business** | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>      District _____ Date filed _____ Case number, if known _____<br>                                             MM / DD / YYYY<br>      Debtor _____ Relationship _____<br>      District _____ Date filed _____ Case number, if known _____<br>                                             MM / DD / YYYY |

**Part 3:    Report About the Case**

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor __The Spud Company, LLC_____   Case number (if known)_____
           Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Pro-Health, LLC | Judgment as to liability | $750,000, plus interest, costs and attorneys fees |
| | Viterra USA Grain, LLC | Judgment | $323,322.17, plus interest, costs and attorneys fees |
| | Agpro Systems, Inc. | Judgment | $ 178,815.70 |
| | | Total of petitioners' claims | $ 1,252,137.87 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Pro-Health, LLC
Name

2210 Bush Dr., Suite 200
Number   Street

McKinney          TX          75070
City              State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Brandon Larsen
Name

2210 Bush Dr. Suite 200
Number   Street

McKinney          TX          75070
City              State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/09/2025
             MM / DD / YYYY

X  /s/ Brandon Larsen_____
Signature of petitioner or representative, including representative's title

**Attorneys**

Trey A. Monsour
Printed name

Fox Rothschild LLP
Firm name, if any

2501 N. Harwood Street, Suite 1800
Number   Street

Dallas             TX          75201
City               State       ZIP Code

Contact phone  (214) 231-5796     Email tmonsour@foxrothschild.com

Bar number   14277200

State        Texas

X  /s/ Trey A. Monsour_____
Signature of attorney

Date signed  06/09/2025
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Debtor   The Spud Company, LLC
Name

Case number (if known)

---

**Name and mailing address of petitioner**

Viterra USA Grain, LLC
Name

1331 Capitol Ave.
Number   Street

Omaha                          NE           68102
City                           State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City          State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/06/2025
              MM / DD / YYYY

✗   /s/ Ben Pantziaff
Signature of petitioner or representative, including representative's title

---

Chandler Patterson
Printed name

Boemer, Dennis & Franklin, LLC
Firm name, if any

920 Avenue Q
P.O. Box 1738
Number   Street

Lubbock                        TX           79408
City                           State        ZIP Code

Contact phone   806-763-0044   Email   cpatterson@bdflawfirm.com

Bar number   24121293

State   TX

✗   /s/ Chandler Patterson
Signature of attorney

Date signed   06/06/2025
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Agpro Systems, Inc.
Name

242 Private Road 3341
Number   Street

Big Sandy                      TX           75755
City                           State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Shelley Howell, Agpro Systems, Inc.
Name

242 PR 3341
Number   Street

Big Sandy                      TX           75755
City                           State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/06/2025
              MM / DD / YYYY

✗   /s/ Shelley Howell
Signature of petitioner or representative, including representative's title

---

Michael S. Smiley
Printed name

Underwood Law Firm, P.C.
Firm name, if any

500 S. Taylor Street, Suite 1200
Number   Street

Amarillo                       TX           79106
City                           State        ZIP Code

Contact phone   806-379-0344   Email   mike.smiley@uwlaw.com

Bar number   18526550

State   TX

✗   /s/ Michael S. Smiley
Signature of attorney

Date signed   06/06/2025
              MM / DD / YYYY

---