

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 20, 2025**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 (Involuntary) |
| The Spud Company, LLC, | § § | Case No. 25-20138-BWO-7 |
| Alleged Debtor.[1] | § § § | Re: Docket No. 22 |

### ORDER GRANTING MOTION TO REOPEN CASE
### TO PERMIT FILING OF A MOTION UNDER 11 U.S.C. § 303(i)

Upon the *Motion to Reopen Case to Permit Filing of a Motion Under 11 U.S.C. § 303(i)* (the "Motion")[2] filed by The Spud Company, LLC, a Wisconsin limited liability company ("Spud"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court finding that this matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that Spud's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this

---

[1] Spud was formerly known as The Spud Company WI, LLC and The Spud Company, LLC, a Texas Limited Liability Company. The last four digits of Spud's federal tax identification number are 8543.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4925-5779-6702

Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 7 case is hereby reopened to allow Spud to file and prosecute a motion under 11 U.S.C. § 303(i) and to allow the filing of responsive and other related documents.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###END OF ORDER###

**Submitted by:**

Micheal W. Bishop (TX Bar No. 02354860)
Drew K. York (TX Bar No. 24051554)
Amber M. Carson (TX Bar No. 24075610)
Emily F. Shanks (TX Bar No. 24110350)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone:  (214) 954-4135
Facsimile:   (214) 953-1332
Email:        mbishop@grayreed.com
                 dyork@grayreed.com
                 acarson@grayreed.com
                 eshanks@grayreed.com

*Counsel to The Spud Company, LLC*